

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Selisa Harkey and Adrian Harkey,          * From the 358th District
                                            Court of Ector County,
                                            Trial Court No. D-134,928

Vs.   No. 11-14-00050-CV                   * May 8, 2014

The Bank of New York Mellon Trust          * Per Curiam Memorandum Opinion
Company, N.A. et al.,                        (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Selisa Harkey and Adrian Harkey.